Frank RAMSEY, Jr., Plaintiff–
Appellant,

v.

State of MISSISSIPPI; Board of Trus-
tees of Bolivar County Hospital Dis-
trict of Bolivar County, Mississippi;
E.L. Sparkman, Superintendent at
Parchman; Larry O. Lewis, Circuit
Court Judge; Bolivar County Circuit
Court; Unknown Mellen, District At-
torney, Defendants–Appellees.

No. 04–60297.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 14, 2004.

Frank Ramsey, Jr., Leakesville, MS, pro
se.

*Before* DAVIS, SMITH, and DENNIS,
Circuit Judges.

PER CURIAM: *

Frank Ramsey, Jr., Mississippi prisoner
# 05553, has filed a motion to proceed *in
forma pauperis* ("IFP") on appeal chal-
lenging the district court's certification
that his appeal is not taken in good faith.
*See Baugh v. Taylor,* 117 F.3d 197, 199–
202 (5th Cir.1997). The district court dis-
missed Ramsey's 42 U.S.C. § 1983 com-
plaint pursuant to *Heck v. Humphrey,* 512
U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383
(1994), and denied permission to proceed
IFP on appeal.

Ramsey has failed to address the
district court's reason for dismissal, and he
has effectively waived the only issue rele-

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

vant to his entitlement to IFP status on appeal. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993). Even if he had briefed this issue, any appeal would be frivolous. Ramsey may not challenge his conviction and sentence in a 42 U.S.C. § 1983 complaint unless his underlying criminal conviction has been found invalid. *See Heck,* 512 U.S. at 486–87. Ramsey has not shown that his conviction has been reversed, expunged, declared invalid, or otherwise called into question. *See id.*

■ This appeal is DISMISSED AS FRIVOLOUS. *See Baugh,* 117 F.3d at 202 and n. 24; 5TH CIR. R. 42.2. For purposes of the "three-strikes" provision of 28 U.S.C. § 1915(g), Ramsey had two strikes prior to this proceeding. *See Ramsey v. Cleveland Police Department,* No. 2:00–CV–237–B–B (N.D.Miss. Dec. 20, 2000); *Ramsey v. Cleveland Police Department,* 31 Fed.Appx. 155 (5th Cir.2001) (imposing two strikes). The district court's dismissal of Ramsey's complaint counts as an additional strike, and the dismissal of his appeal as frivolous counts as a fourth strike. *See Adepegba v. Hammons,* 103 F.3d 383, 387–88 (5th Cir.1996). Accordingly, Ramsey may not proceed *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

APPEAL DISMISSED; 28 U.S.C. § 1915(g) BAR IMPOSED.